1024

No. 685, Misc. PATSKANICK ET VIR v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied. *Acting Solicitor General Spritzer, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent National Labor Relations Board.

No. 688, Misc. GARZA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 693, Misc. ROSE v. CALIFORNIA. Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 706, Misc. BUTTERFIELD v. GAZELLE. C. A. D. C. Cir. Certiorari denied.

No. 707, Misc. HAGGARD v. HENDERSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 710, Misc. WILKERSON v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 712, Misc. ROWLAND v. NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 738, Misc. KAUFFMAN v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. *Richard S. Lowe* for respondent.

No. 751, Misc. SINGLETON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Harvey Erickson* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.